# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BETSY FEIST,<br><br>            Plaintiff,<br><br>    v.<br><br>RCN CORP. and PAXFIRE, INC.,<br><br>            Defendants. | Case Number: CV 12-80119 Misc SI (NC)<br><br>**NOTICE OF REFERRAL** |

The motion to quash subpoena and request for protective order filed by Movant Jim Giles has been referred to this Court by District Judge Susan Illston.

After briefing on the motion is completed on June 6, 2012, the Court will schedule a hearing on the motion if such hearing is necessary. Please see this Court's Civil Standing Order for more information.

IT IS SO ORDERED.

DATED: May 24, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge