IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETSY FEIST,<br><br>    Plaintiff,<br><br>  v.<br><br>RCN CORP., and PAXFIRE, INC.,<br><br>    Defendants. | Case No. 12-mc-80119 SI (NC)<br><br>**ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE RELATED** |

On or before June 26, 2012, the parties and third-parties who are moving to quash, shall show cause why the following cases should not be sua sponte related to this case: Misc. Case No. 12-80121 JSW (EDL); Misc. Case No. 12-80135 RS (DMR); and Misc. Case No. 12-80140 JSW (KAW). Any party or third-party which agrees that the cases should be related need not respond to the Order to Show Cause. If no party or third-party objects to relating all four cases, the Court will order the cases related on June 27, 2012. If any party objects, the Court will take the matter under submission and issue an order.

**IT IS SO ORDERED.**

Dated: June 22, 2012

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE